**United States District Court**
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

JACKSON CHANG,                                    No. 3:11-CV-5287 JCS

        Plaintiff(s),

                                   **ORDER OF DISMISSAL**

    v.

BMW OF NORTH AMERICA, LLC,

        Defendant(s).

_____/

      The Court  having been advised that the parties have agreed to a settlement of this case,

      IT IS HEREBY ORDERED that this case is dismissed in its entirety with prejudice; provided, however, that if any party hereto shall certify to this Court, within ninety (90) days, with proof of service of a copy thereon to opposing counsel, that the agreed consideration for said settlement has not been delivered over,  the foregoing Order shall stand vacated and this case shall forthwith be restored to the calendar to be set for trial.

      IT IS SO ORDERED.

Dated: April 17, 2012

_____
JOSEPH C. SPERO
United States Magistrate Judge